**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE R. HURD, ) | No. CV 99-11311-RSWL(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| C.A. TERHUNE, et al., ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is **GRANTED** and Petitioner is ordered released from custody unless the State of California commences retrial proceedings within sixty (60) days from the filing date of the Order accompanying this Judgment.

DATED: January 14, 2011

*Ronald S.W. Lew*

HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

1